LULU EMIL, Respondent, *v.* FREDERICK ALDHOUS, Appellant.

*Emil* v. *Aldhous,* 34 App. Div. 631, affirmed.
(Submitted October 19, 1900; decided November 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 26, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Joseph N. Tuttle* for appellant.

*Alex. Blumenstiel* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch., J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

SILAS LAIRD, Respondent, *v.* FREDERICK M. LITTLEFIELD, Appellant.

*Laird* v. *Littlefield,* 34 App. Div. 43, affirmed.
(Submitted October 19, 1900; decided November 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 12, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and an order denying a motion for a new trial.

*Frederick M. Littlefield* and *George L. Allen* for appellant.

*Wood & Morschauser* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.